```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------- x

ALTON BROWN,

                                                ORDER
                    Petitioner,

        - against -                              Civil Action No.
                                                 CV-03-0361 (DGT)
WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                    Respondent.
----------------------------------------------- x
```

TRAGER, J.:

    On January 17, 2003, petitioner filed the above-captioned case seeking a writ of habeas corpus for alleged constitutional violations stemming from his state court conviction for murder in the second degree and robbery in the first degree. The petition was referred to United States Magistrate Judge Lois Bloom for a Report and Recommendation.

    On February 17, 2006, Judge Bloom issued a Report and Recommendation recommending that the petition be denied. On February 21, 2006, petitioner, through his attorney, filed his objections to the Report and Recommendation. After an independent review of the record, the Report and Recommendation and petitioner's objections, it is hereby

ORDERED that the Court adopts the Report and Recommendation. A certificate of appealability shall not issue because petitioner has not demonstrated a substantial showing of a constitutional violation. See 28 U.S.C. § 2253(c)(2). The Clerk of the Court is directed to close the case.

Dated:   Brooklyn, New York
         March 13, 2006

SO ORDERED:

_____/s/_____
David G. Trager
United States District Judge

SENT TO:

Hon. Lois Bloom
United States Magistrate Judge

Randall D. Unger
42-40 Bell Boulevard, Suite 302
Bayside, NY 11361

Ann Bordley
Office of the District Attorney, Kings County
Renaissance Plaza
350 Jay St.
Brooklyn, NY 11201