UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ALTON BROWN,

                Petitioner,

  -against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                Respondent.
--------------------------------------------------------------------X

JUDGMENT
03-CV- 0361 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 14 2006 ★

BROOKLYN OFFICE

     An Order of Honorable David G. Trager, United States District Judge, having been filed on March 13, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated February 17, 2006, after an independent review of the record; denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
        March 13, 2006

                                             s/Robert C. Heinemann
                                             ROBERT C. HEINEMANN
                                             Clerk of Court